PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Garcia                             Cr.: 96-00731-001

Name of Sentencing Judicial Officer: Nicholas H. Politan, U.S. District Judge

Date of Original Sentence: 09/24/97

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 121 months imprisonment; 5 years supervised release; special assessment of $100. Special conditions of drug treatment and/or testing and cooperation with the Immigration and Naturalization Service.

Type of Supervision: Supervised Release               Date Supervision Commenced: 11/14/05

Assistant U.S. Attorney: Henry Klingeman              Defense Attorney: Patricia Codey, AFPD

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**'<br><br>On November 14, 2005, Carlos Garcia was released from custody to begin his five-year term of supervised release. The offender failed to contact the Probation Office within 72 hours of his release. Garcia's current whereabouts are unknown. |

PROB 12C - Page 2
Carlos Garcia

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer

Date: December 15, 2005

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4 January 2006
_____
Date